MN-302-1
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. <u>04-46969-GFK</u>
TAYLOR, BENJAMIN K )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
Debtor (s) ) (WITHOUT NOTICE)

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>151.55</u>, disbursements of $<u>0.00</u>, and balance on hand of $<u>151.55</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|

5. The maximum allowable trustee compensation is $<u>37.89</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>9.83</u> for final compensation and an additional $<u>141.72</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $151.55 for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 37.89 | 9.83 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 546.15 | 141.72 |
| UNITED STATES BANKRUPTY COURT | CLERK, U.S. BANKRUPTCY - OTHER | 1,250.00 | 0.00 |
| | Total | 1,834.04 | 151.55 |

(b) $0.00  for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $0.00, for unsecured creditors allowed in the total amount of $0.00, yielding a dividend of 0.0000000% as itemized below or in Exhibit C attached hereto, or the dividend payable on every allowed nonpriority unsecured claim is less than $5.00 and the trustee is treating the entire amount payable on such claims as unclaimed dividends pursuant to Local Rule 3011-1(a).  The largest unsecured claim was allowed  in the amount of $0.00.

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| | | | |

7. The trustee's distribution of gross receipts of $151.55 from liquidation of all property of the estate is summarized below:

| $ | 9.83 | a. | Trustee Compensation |
|---|---|---|---|
| $ | 0.00 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |

| | | | |
|---|---|---|---|
| $ | 141.72 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 0.00 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 151.55 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 151.55 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

    8.    The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

    WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  September 21, 2008          /e/ Randall L. Seaver
                                                 RANDALL L. SEAVER, Trustee
                                                 12400 PORTLAND AVENUE SOUTH
                                                 SUITE 132
                                                 BURNSVILLE, MN  55337
                                                 (952) 890-0888


## REVIEW BY UNITED STATES TRUSTEE

    I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: _November 5, 2008_                    HABBO G. FOKKENA
                                                   UNITED STATES TRUSTEE
                                                   Region 12

                                                 By:_____ /s/ Craig A. Beumann _____

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 04-46969 GFK Judge: Gregory F. Kishel  
Case Name: TAYLOR, BENJAMIN K  
For Period Ending: 09/26/08  

Trustee Name: RANDALL L. SEAVER  
Date Filed (f) or Converted (c): 12/14/04 (f)  
341(a) Meeting Date: 01/10/05  
Claims Bar Date:  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 105.00 | 0.00 | | 0.00 | FA |
| 2. HOMESTEAD (1/2 INTEREST WITH NON-DEBTOR SPOUSE) | 750,000.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 3. COMPUTER AND RELATED ITEMS | 950.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 4. WATCH | 540.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 5. INTERESTS IN INSURANCE POLICIES | 114,000.00 | 0.00 | OA | 0.00 | FA |
| 6. PENSION PLANS AND PROFIT SHARING | 25,000.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 3,500.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 8. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 9. ARTWORK (u) | 0.00 | 0.00 | | 0.00 | FA |
|   NONE | | | | | |
| 10. ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | | 0.00 | FA |
|   NONE | | | | | |
| 11. GHANA PROPERTY (u) | 0.00 | 0.00 | | 0.00 | FA |
|   DEBTOR SAYS SOLD PRE-PETITION | | | | | |
| 12. BEAR PATH MEMBERSHIP (u) | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
|   RETAIN AFTER CASE CLOSING | | | | | |
| 13. WAGES HELD AT FILING (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14. POSSIBLE AVOIDABLE TRANSFERS (u) | 0.00 | 0.00 | | 0.00 | FA |
|   NONE | | | | | |
| 15. POSSIBLE 2002 - 2004 TAX REFUNDS (u) | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 14.03a

| Case No: | 04-46969 GFK Judge: Gregory F. Kishel | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | TAYLOR, BENJAMIN K | Date Filed (f) or Converted (c): | 12/14/04 (f) |
| | | 341(a) Meeting Date: | 01/10/05 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. LITIGSTION COST REIMBURSEMENT (u) PER ORDER | 0.00 | 150.00 | | 150.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.55 | Unknown |
| 18. POSSIBLE AVOIDANCE CLAIMS (u) | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $894,595.00 | $10,150.00 | | $151.55 | Gross Value of Remaining Assets $10,000.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ITEM 12 LIQUIDATION. CLUB IS ONLY POSSIBLE BUYER AND THERE IS 3 - 4 YEAR WAIT FOR IT TO PURCHASE.

Initial Projected Date of Final Report (TFR): 03/31/07   Current Projected Date of Final Report (TFR): 12/31/09

FORM 2  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| | |
|---|---|
| Case No: | 04-46969 -GFK |
| Case Name: | TAYLOR, BENJAMIN K |
| Taxpayer ID No: | *******4773 |
| For Period Ending: | 09/26/08 |

| | |
|---|---|
| Trustee Name: | RANDALL L. SEAVER |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0058 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 18,736,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/08/07 | 16 | US POSTAL MONEY ORDER from Ben Taylor | Litigation cost reimbursement | 1249-000 | 150.00 | | 150.00 |
| 01/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.08 | | 150.08 |
| 02/28/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.12 | | 150.20 |
| 03/30/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.12 | | 150.32 |
| 04/30/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.13 | | 150.45 |
| 05/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.13 | | 150.58 |
| 06/29/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.12 | | 150.70 |
| 07/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.13 | | 150.83 |
| 08/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.13 | | 150.96 |
| 09/28/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.09 | | 151.05 |
| 10/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.10 | | 151.15 |
| 11/30/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 0.08 | | 151.23 |
| 12/31/07 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.07 | | 151.30 |
| 01/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.06 | | 151.36 |
| 02/29/08 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 151.40 |
| 03/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.04 | | 151.44 |
| 04/30/08 | 17 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 151.47 |
| 05/30/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.02 | | 151.49 |
| 06/30/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.02 | | 151.51 |
| 07/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.02 | | 151.53 |
| 08/29/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.02 | | 151.55 |

Page Subtotals   151.55   0.00

Ver: 14.03a

LFORM24

| Case No: | 04-46969 -GFK | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | TAYLOR, BENJAMIN K | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0058  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4773 | | | |
| For Period Ending: | 09/26/08 | | Blanket Bond (per case limit): | $ 18,736,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 151.55 | 0.00 | 151.55 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 151.55 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 151.55 | 0.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Money Market - Interest Bearing - ********0058 | | 151.55 | 0.00 | 151.55 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 151.55 | 0.00 | 151.55 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 14.03a

LFORM24

# PROPOSED DISTRIBUTION

Case Number: 04-46969    GFK                        Page  1                              Date: September 26, 2008
Debtor Name: TAYLOR, BENJAMIN K

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $151.55 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $37.89 | $0.00 | $37.89 | $9.83 | $141.72 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $546.15 | $0.00 | $546.15 | $141.72 | $0.00 |
| 000000 | UNITED STATES BANKRUPCTY COURT | Admin | 025 | $1,250.00 | $0.00 | $1,250.00 | $0.00 | $0.00 |
| << Totals >> | | | | $1,834.04 | $0.00 | $1,834.04 | $151.55 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 04-46969 GFK
**Debtor:** TAYLOR, BENJAMIN K

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $151.55

| | | | |
|---|---|---|---|
| | $151.55 | 25% of First $5,000 | $37.89 |
| Less - | $151.55 | ($1,250 Maximum) | |
| Balance | $0.00 | 10% of Next $45,000 | $0.00 |
| Less - | $0.00 | ($4,500 Maximum) | |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) | |
| Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $37.89
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$37.89**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| : TAPE TRANSCRIPTS 1 @ 446.00 | $446.00 |
| COPY: Photocopy/Duplication Expense 358 pages @ 0.25 / page | $89.50 |
| POST: Postage 1 each @ 10.65 / each | $10.65 |

TOTAL EXPENSES CALCULATED: $546.15
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$546.15**

===============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$584.04**

**DATED:** 09/26/08

SIGNED _____  TRUSTEE: RANDALL L. SEAVER
                                                  12400 PORTLAND AVENUE SOUTH
                                                  SUITE 132

# Compensation and Expenses Worksheet

**Case Number:** 04-46969 GFK
**Debtor:** TAYLOR, BENJAMIN K

BURNSVILLE, MN  55337